**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RAS ALAH-MEEN BATEMAN,** | |
| **Plaintiff,** | **8:23CV40** |
| **vs.** | **ORDER** |
| **DR. HARBANS DEOL, and DR. JEFFREY KASSELMAN,** | |
| **Defendants.** | |

This matter is before the Court on its own motion. Plaintiff is proceeding in this matter without counsel. On May 27, 2026, Plaintiff failed to appear for a scheduled planning conference with the Court. (Filing Nos. 33-34). On August 17, 2026, mail sent to Plaintiff's last known addresses by the Clerk of Court was returned to this Court as undeliverable with no forwarding address. (Filing No. 44).

Plaintiff has an obligation to keep the Court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be maintained in this Court if Plaintiff's whereabouts remain unknown, and if Plaintiff continues to miss scheduled Court hearings and participate in prosecuting his case. Accordingly,

**IT IS ORDERED:**

1. Plaintiff must update his address and contact information with the Court **on or before September 18, 2026**. Failure to do so will result in dismissal of this action without further notice to Plaintiff.
2. The Clerk of the Court is directed to send a copy of this Order to Plaintiff at his last known address.

Dated this 17th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge